NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEVEN EVANS,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3185

---

Petition for review of the Merit Systems Protection Board in consolidated case nos. DE0752100561-I-1 and DE1221110061-W-1.

---

## ON MOTION

---

## ORDER

The Department of Veterans Affairs moves for a 45-day extension of time, until February 23, 2012, to file its response brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 0 9 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Neil Landeen, Esq.
    Alex P. Hontos, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 0 9 2012

**JAN HORBALY**
**CLERK**